**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 27 2025

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

RUFUS CARSWELL

Criminal Indictment

No.  **1 : 25 CR - 0243**

THE GRAND JURY CHARGES THAT:

### Count 1

On or about January 28, 2025, in the Northern District of Georgia, the defendant, RUFUS CARSWELL, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell at least one of the following five (5) firearms: (1) a Kahr Arms, model T9, 9mm caliber pistol; (2) a Glock, model 21GEN4, .45 caliber pistol; (3) a Glock, model 22, .40 caliber pistol; (4) a Standard Manufacturing, model STD-1911, .45 caliber pistol; and (5) a Glock, model 17GEN4, 9mm caliber pistol, to "Purchaser-1," said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Alabama, the State in which the defendant was residing at the time of the aforesaid sale of at least one of the firearms, all in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

### Count 2

On or about March 11, 2025, in the Northern District of Georgia, the defendant, RUFUS CARSWELL, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell at least one of the following five (5) firearms: (1) a Beretta, model APX, 9mm caliber pistol; (2) a Grand Power, model P1 MK 12, 9mm caliber pistol; (3) a Steyr Arms, model C9-A2MF, 9mm caliber pistol; (4) a Springfield Armory, model Champion Operator, .45 caliber pistol; and (5) a Smith & Wesson, model M&P 40, .40 caliber pistol, to "Purchaser-1," said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Alabama, the State in which the defendant was residing at the time of the aforesaid sale of at least one of the firearms, all in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

### Count 3

On or about May 1, 2025, in the Northern District of Georgia, the defendant, RUFUS CARSWELL, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell at least one of the following two (2) firearms: (1) a Glock, model 47, 9mm caliber pistol; and (2) a Glock, model 17, 9,mm caliber pistol, to "Purchaser-2," said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United

2

States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Alabama, the State in which the defendant was residing at the time of the aforesaid sale of at least one of the firearms, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## Forfeiture Provision

Upon conviction of one or more of the offenses alleged in this Indictment, the defendant, RUFUS CARSWELL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of the offense(s).

If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

3

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

A _____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
  *United States Attorney*

MATTHEW S. CARRICO
  *Assistant United States Attorney*
Georgia Bar No. 538608

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4